No. 10–857. ORANGE COUNTY, CALIFORNIA, ET AL. *v.* FOGARTY-HARDWICK. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 10–869. HINKSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–881. RAAB ET AL. *v.* BOROUGH OF AVALON, NEW JERSEY, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–884. SCOTT *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–888. CASCIANI *v.* NESBITT ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–889. BERTALAN ET AL. *v.* RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–890. MIDLAND CENTRAL APPRAISAL DISTRICT *v.* BP AMERICA PRODUCTION CO. ET AL. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 10–896. HARRISON CENTRAL APPRAISAL DISTRICT *v.* PEOPLES GAS, LIGHT & COKE CO. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 10–902. MCGILL, DBA CREATION 7TH DAY ADVENTIST CHURCH *v.* GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–988. ASTER *v.* WARD ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–994. BAILEY *v.* SMITH ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–1005. PRINE *v.* CHAILLAND INC. ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1008. LAL *v.* GOUERT. Super. Ct. Pa. Certiorari denied.

No. 10–1011. WINNEMUCCA COLONY COUNCIL *v.* WASSON ET AL. C. A. 9th Cir. Certiorari denied.